

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-08-00155-CR
_____

JONATHAN LYNN VANDVER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th Judicial District Court
Fannin County, Texas
Trial Court No. 22060

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Jonathan Lynn Vandver appeals from his guilty verdict for sexual assault of a child. The sentence was imposed November 14, 2007. Vandver did not file a motion for new trial, and his appeal was filed July 10, 2008.

Vandver had thirty days after the day sentence was imposed to file a notice of appeal. *See* TEX. R. APP. P. 26.2(a)(1). Therefore, Vandver had until December 14, 2007, to file a notice of appeal. This appeal is untimely and we are without jurisdiction to hear this case.

We dismiss this appeal for want of jurisdiction.[1]

Jack Carter
Justice

Date Submitted:     July 29, 2008
Date Decided:       July 30, 2008

Do Not Publish

---

[1]We note that the trial entered a handwritten notation July 15, 2008, that the appeal was untimely filed. While the trial court was correct about the timeliness of the appeal, whether this Court has jurisdiction is an issue for this Court to determine. A trial court may in certain circumstances deny an appellant permission to appeal, but the court has no authority to deny the right of appeal in its entirety. *Ex parte Zigmond*, 933 S.W.2d 666 (Tex. App.—San Antonio 1996, no pet.); *see Samaniego v. State*, 952 S.W.2d 50, 51 n.2 (Tex. App.—San Antonio 1997, no pet.).